*A. H. Gray,* contra.

---

### COURSEY *v.* COURSEY.

HINES, J. 1. Where the evidence before the ordinary in a habeas-corpus proceeding does not demand the judgment rendered by him, the discretion of the judge of the superior court in sustaining a certiorari and granting a first new trial will not be overruled. *Bell* v. *Askins,* 150 *Ga.* 635 (104 S. E. 421); *Cloud* v. *Hightower,* 152 *Ga.* 761 (111 S. E. 384).

2. The judgment of the ordinary awarding the children to the father was not demanded by the evidence; and under the rule announced in the first headnote, this court will not disturb the first grant of a new trial by the judge upon the hearing of a certiorari to review the judgment of the ordinary.          *Judgment affirmed. All the Justices concur.*

No. 5330. NOVEMBER 19, 1926.

Certiorari. Before Judge Malcolm D. Jones. Bibb superior court. January 28, 1926.

*W. A. McClellan* and *T. A. Jacobs Jr.,* for plaintiff.

*R. D. Feagin,* for defendant.

---

Habeas Corpus, 29 C. J. p. 195, n. 76 New.